UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:25-cv-02544-SPG-SSC | Date: December 29, 2025 |
| Title  Frank Peters, et al. v. San Bernardino County Sheriff's Department, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE, PROSECUTE, AND COMPLY WITH A COURT ORDER**

    This is one of three civil rights lawsuits filed by Frank and Shannon Peters on the same day.  In all three, the Peters, who are unrepresented by counsel, requested to proceed without prepayment of the filing fees.  In all three, the requests were denied and the Peters were afforded 30 days to pay the filing fees.  In all three, that deadline has now passed and the Peters have not paid.

    Accordingly, Plaintiffs are ORDERED to show cause in writing no later than **January 14, 2026,** why this case should not be dismissed for failure to pay the filing fee, prosecute this case, and comply with court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02544-SPG-SSC                     Date: December 29, 2025

Title            Frank Peters, et al. v. San Bernardino County Sheriff's Department, et al.

orders.  If Plaintiffs pay the filing fees by that date, this order will be discharged automatically and there is no need to respond to it separately.  In the event that Plaintiffs wish to voluntarily dismiss this action, they may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **January 14, 2026.**

Plaintiffs are cautioned that failure to file a timely response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case.

**IT IS SO ORDERED.**

:

Initials of Preparer       **ts**