JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PETERS; and SHANNON PETERS,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; WEST VALLEY DETENTION CENTER; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 5:25-cv-02544-SPG-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice, and the case is closed.

**IT IS SO ORDERED.**

DATED: March 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-